IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERICA WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-3378-CV-S-DW |
| | ) | |
| SUPERIOR LUMBER CO., INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 24, 2006, the Court issued an Order directing Plaintiff to show cause by August 8, 2006, why this case should not be dismissed for failure to comply with the Court's Rule 16 Notice. The plaintiff has failed to respond to the Court's Order. Accordingly, because Plaintiff has made a practice of not meeting deadlines or otherwise complying with orders of the Court, this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Date:   August 28, 2006                            /s/ DEAN WHIPPLE
                                                    Dean Whipple
                                                    United States District Court